■ HENRY WALTEMADE, INC., Respondent, v. PARKCHESTER FOUNDATION, INC., Defendant-Appellant, and Third-Party Plaintiff-Appellant. BRONX SAVINGS BANK, Third-Party Defendant-Respondent. (Action No. 1.) BRONX SAVINGS

BANK, Respondent, v. PARKCHESTER FOUNDATION, INC. (Action No. 2.) — Order, entered on March 13, 1962, unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.